# In the United States District Court
# for the Southern District of Georgia
# Savannah Division

| | |
|---|---|
| HEATHER RAY, individually and as Parent and Natural Guardian of Hunter White, a minor,<br><br>    Plaintiff,<br><br>v.<br><br>BENJAMIN ALVEY and AMAZON LOGISTICS, INC.,<br><br>    Defendants. | CV 423-244 |

## ORDER

Before the Court is the Parties' consent motion for dismissal without prejudice of non-party Progressive Mountain Insurance Company, Plaintiff Heather Ray's uninsured/underinsured motorist insurance carrier. Dkt. No. 29. The motion is **DENIED as moot**. Progressive Mountain Insurance Company is not a party to this lawsuit. See Green v. Werner Enters., Inc., No. 5:22cv169, 2022 WL 2276345, at *1 (M.D. Ga. June 23, 2022) (holding that uninsured motorist carrier who was not named in plaintiffs' complaint "was not a proper party" to the lawsuit).

SO ORDERED, this 13 day of February, 2024.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA