# United States District Court

## Southern District of Georgia

| | |
|---|---|
| HEATHER RAY | Case No. 4:23-CV-00244-LGW-CLR |
| Plaintiff | |
| v. BENJAMIN ALVEY and AMAZON LOGISTICS, INC. | Appearing on behalf of DEFENDANTS |
| Defendant | (Plaintiff/Defendant) |

### ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This 17th day of July, 2024.

*/s/ Christopher L. Ray*
UNITED STATES MAGISTRATE JUDGE

\*\*\*\*\*

NAME OF PETITIONER: Anna Haley Wyatt

Business Address:
Firm/Business Name: Wilson Elser Moskowitz Edelman & Dicker LLP

Street Address: 3348 Peachtree Road, NE
City: Atlanta  State: GA  Zip: 30326

Street Address (con't): Suite 1400

Mailing Address (if other than street address):
Address Line 2 | City | State | Zip

Telephone Number (w/ area code): (470) 419-6650
Georgia Bar Number: 401977

Email Address: anna.wyatt@wilsonelser.com