# In the United States District Court
# for the Southern District of Georgia
# Savannah Division

HEATHER RAY,

    Plaintiff,

    v.

BENJAMIN ALVEY and AMAZON
LOGISTICS, INC.,

    Defendants.

CV 4:23-244

## ORDER

Before the Court is Plaintiff Heather Ray's motion for dismissal, dkt. no. 63, wherein she notifies the Court that she wishes to voluntarily dismiss this action with prejudice. Defendants having filed no objection, the motion is **GRANTED**. All claims in this action are hereby **DISMISSED with prejudice**. Each party shall bear its own fees and costs. The Clerk is **DIRECTED** to close this case.

**SO ORDERED**, this 2| day of November, 2024.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA